(6/2010)

# United States Bankruptcy Court
## Northern District of Indiana

In re   Donald R. Willis                                                                Case No. _____
                                        Debtor(s)                                       Chapter    11

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) verifies under penalty of perjury that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  10/29/2015                    _____
                                     Donald R. Willis
                                     Signature of Debtor

Bank of America  
PO Box 982225  
El Paso, TX 79998-2235

Bank of America  
P.O. Box 851001  
Dallas, TX 75285-1001

Boyer & Boyer  
110 W. Berry St./Suite 1910  
Fort Wayne, IN 46802

City of Fort Wayne Barret Law  
200 East Berry St. Suite 240  
Fort Wayne, IN 46802

Doris D. Willis  
1830 Forest Park Blvd.  
Fort Wayne, IN 46805

Kohls  
PO Box 2983  
Milwaukee, WI 53201-2983

Sears  
Bankruptcy Dept  
PO Box 3671  
Des Moines, IA 50322

Sears  
Bankruptcy Dept  
PO Box 3671  
Des Moines, IA 50322

State Farm  
PO Box 44110  
Jacksonville, FL 32231-4100

US Bank National Association  
Utica, NY 13504

WELLS FARGO  
PO BOX 522  
Des Moines, IA 50302-9907

WELLS FARGO
PO BOX 522
Des Moines, IA 50302-9907