UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| WILLIS, DONALD R. | ) | **BANKRUPTCY CASE: 15-12533** |
| | ) | **Chapter 7** |
| Debtor | ) | |

**TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE
SERVICES AND REAL ESTATE BROKER TO PROCURE CONSENTED
<u>PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 and 330</u>**

Dustin M. Roach, as Chapter 7 Trustee (the "Trustee"), for the above referenced cause, files this Application To Retain BK Global Real Estate Services and Real Estate Broker and moves for an Order authorizing retention of (1) BK Global Real Estate Services ("BKRES") under the terms set forth in the agreement (the "BKRES Agreement"), attached as *Exhibit A*, and BKRES' Affidavit of Disinterestedness (the "BKRES Affidavit"), attached as *Exhibit B*, and in support thereof, the Trustee respectfully states as follows:

**<u>PRELIMINARY STATEMENT</u>**

Trustee requests approval to retain BKRES and Bette Sue Rowe (previously approved per Court order dated August 30, 2016), (hereinafter Listing Agent), at no cost to the bankruptcy estate, to negotiate with and persuade the first lienholder on certain real property in which the estate has no equity to (1) allow Trustee to sell such property at the highest price that the market will bear, (2) waive the resulting deficiency claim and (3) pay a 11 U.S.C. §506 surcharge to provide a carve out for the benefit of the estate and pay all other sale expenses, including a 6% brokerage commission that will be shared by BKRES and Listing Agent only upon the closing of a sale that is approved by this Court.

BKRES and its affiliates have proprietary technology and a national team of experienced loan servicing specialists, asset managers, negotiators, trustee relation managers, real estate

1

brokers and agents, closing specialist and attorneys with extensive experience in procuring the consent of mortgage lenders and servicers to sell over-encumbered properties and provide significant cash recoveries to selling estates with no equity, through the Consented Sale process described herein.

The proposed agreements are attached and provide that BKRES and Listing Agent will not be entitled to any compensation from the estate whatsoever under any circumstances. They will only receive and share a customary brokerage commission that is paid by secured creditor as an 11 U.S.C. section 506 surcharge approved by the Court.

The Trustee (1) believes that hiring BKRES and Listing Agent to pursue a Consented Sale will likely result in secured creditor paying a carve out for the benefit of the estate with the proceeds from the public sale of an asset in which the estate  has no equity and (2) expects to obtain Secured Creditors' agreement to a Consented Sale, and bring a separate motion seeking this Court's approval of the procedures, terms and conditions by which the over-encumbered property will be sold , within the coming months

### JURISDICTION AND BACKGROUND

1.      On October 29, 2015, Donald R. Wills filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court, Northern District of Indiana, Fort Wayne Division (this "Court"), initiating the above-referenced case (the "Bankruptcy Case") and converted the case to Chapter 7 on July 26, 2016,

2.      The Trustee is the duly appointed, qualified and acting Chapter 7 Trustee in this Bankruptcy Case.

3.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper in this Court pursuant to 28 U.S.C. § 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b) (2).

4.      The statutory predicates for the relief requested in this Application are § 327 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

5.      On the Petition Date, the Debtor was the owner of real estate located at 1830 Forest Park Boulevard, Fort Wayne, Indiana (the "Real Estate").

6.      Although the schedules suggest there is equity in the real estate, the property has been marketed for several months with the only offers below the value of the Secured Party's claim; hence, there is no equity in the property.

7.      The Trustee, after reviewing certain materials, including (without limitation) the BK Score™[1], sales analysis report and opinion of value for the Property provided by BKRES and Listing Agent, has determined it to be in the best interest of the Debtor's estate and all creditors to negotiate to obtain Secured Creditors' agreement and consent ("Consent") to:

    a.  sell the Property to whichever third party the Trustee determines to have made the best qualified offer approved by the Court;

    b.  release the  Senior Mortgage and otherwise waive all of its claims against the estate with respect to the Property (including any deficiency claims resulting from the proposed sale); and

    c.  agree to a 11 U.S.C. § 506 surcharge to pay all of the expenses associated with the proposed sale, including the payment of a 6% real estate brokerage commission to BKRES and Listing Agent and reimbursement of their out-of-pocket expenses, and provide an estimated carve out of $50,000 to pay unsecured creditors of the Debtor's estate and the Trustee's commission.

---

[1] The BK Score™ is a 100-point rating that is generated by a proprietary algorithm from 10 unique property attributes in order to consistently measure sales confidence and predict market value.

8.    Trustee expects BKRES and Listing Agent to obtain Secured Creditors' Consent and bring a separate motion seeking an order approving the sale of the Property (the "Motion to Approve Sale") within several months of the entry of the Order sought by this Application.

9.    By this Application, the Trustee requests authority pursuant to Sections 327, 328(a) and 330 of the Bankruptcy Code to (a) retain BKRES and Listing Agent to procure Secured Creditors' Consent, and (b) approve Secured Creditors' payment of the fees described below directly to BKRES and Listing Agent at closing of the sale of the Property, if and when the Consent and Motion to Approve Sale are granted.

**APPLICATION**

10.    Section 328(a) of the Bankruptcy Code provides, in relevant part, that a debtor "with the court's approval, may employ or authorize the employment of a professional person under section 327...on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed percentage or fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a).  Section 330 of the Bankruptcy Code permits the Court to "award to a trustee... or a professional person employed under section 327...(A) reasonable compensation for actual, necessary services rendered [by such party]...and (B) reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).

11.    As further described in the materials attached to their affidavits, BKRES[2] and Listing Agent have extensive experience obtaining the consent and agreement of mortgage lenders and servicers to the sale of their collateral and resolution of any resulting unsecured claims in order to produce a recovery for estates from over-encumbered assets in which the estate has no or little actual equity.

---

[2] BKRES is the broker affiliate of BK Global (http://www.bkginc.com/).

12.     The Trustee believes that the highest and best value for the Property will be generated through a sale in which the Property is widely marketed to the public and offered at the highest price that the market will bear.  The Trustee further believes that such a sale is in the best interest of the Debtor's estate, but can only be achieved if Secured Creditors' Consent is first obtained.  That is why the Trustee believes that retaining BKRES and Listing Agent to obtain Secured Creditors' Consent is in the best interests of the Debtor's estate.

13.     In no event will the estate have any obligation to pay BKRES or Listing Agent. The terms of the BKRES Agreement and Listing Agreement provide that BKRES and Listing Agent are only entitled to payment if and when (a) Secured Creditor grants its Consent, (b) the Motion to Approve Sale is granted by this Court  and (c) the Property is sold, in which event BKRES and Listing Agent will receive and share a 6% real estate brokerage commission at closing  in accordance with the order approving the sale.

14.     BKRES and Listing Agent will not be entitled to any fees if Secured Creditor does not grant its Consent or the Court does not grant the Motion to Approve Sale.

15.     The Trustee submits that the terms of employment and compensation as set out in the BKRES Agreement and Listing Agreement are reasonable in light of the extensive experience of BKRES and Listing Agent and the nature of the services they provide.

16.     BKRES attested that it is a disinterested person within the meaning of Section 101(14) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2014 and 2016(a). Attached hereto as *Exhibit B* is an Affidavit of Disinterestedness of BKRES.  BKRES also attests, pursuant to Bankruptcy Rule 2016, that it shall not split or share its fee with any individual or entity other than Listing Agent.

17.    Listing Agent has previously been accepted as realtor for this transaction per the Court's Order dated August 30, 2016.

18.    The Carve Out provided to the bankruptcy estate from the surcharge pursuant to 11 U.S.C. section 506 is not subject to any exemption claimed by the Debtors.

WHEREFORE, the Trustee moves  the Court's for authority to retain BKRES and Listing Agent in this case, and requests that the Court approve compensation arrangements set forth in the BKRES  Agreement and Listing Agreement pursuant to Sections 327, 328(a)  and 330  of the Bankruptcy Code.

Respectfully submitted,

/s/ Dustin M. Roach
Dustin M. Roach
Chapter 7 Panel Trustee
436 E. Wayne St.
Fort Wayne, IN 46802-2815
Phone: (260) 424-8132
Email: dmrtrustee@vgtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2016 a copy of the foregoing *Application to Retain Bk Global Real Estate Services and Real Estate Broker to Procure Consented Public Sale Pursuant to 11 U.S.C. §§327, 328 and 330* was filed electronically. Notice of this filing will be sent to the following parties through the Courts Electronic Case Filing System and Parties may access this filing through the Court's system:

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

R. David Boyer, II
db2@boyerlegal.com

/s/Dustin M. Roach
Dustin M. Roach



October 21, 2016

Dustin M. Roach
Chapter 7 Trustee
436 E. Wayne St.
Fort Wayne, IN 46802-2815
Phone: (260) 424-8132

Re:    Donald Willis
       Agreement to Negotiate Consented Sale for 1830 Forest Park Boulevard, Fort Wayne, IN 46805

Dear Mr. Roach:

This letter confirms the Agreement to Negotiate a Consented Sale for the referenced property ("Property") and confirms the undersigned's ("our," "we" or "us") agreement to negotiate a Consented Sale on the following terms and conditions (collectively, the "Agreement"):

1.      Following your signature approving this Agreement, we and our affiliate, Bankruptcy Global Holdings, LLC, will make commercially reasonable efforts to procure the consent and agreement ("Consent") of the senior mortgagee ("Secured Creditor") to:

        a.      sell the Property to whichever third party you determine to have made the best qualified offer during a public sale approved by the court;

        b.      buy the Property from the estate if (and only if) no such offer is made;

        c.      release its lien and otherwise waive all of its claims against the estate with respect to the Property (including any deficiency claims resulting from the proposed sale); and

        d.      agree to a 11 U.S.C. § 506 surcharge to (x) pay our fee and expenses, any commission payable to the local real estate broker and all other fees and expenses associated with the sale, and (y) provide a carveout for the benefit of allowed unsecured creditors of the estate.

2.      At our recommendation, you have retained a local real estate broker to market the Property for sale to the public under a separate listing agreement. We will assist them by coordinating all aspects of the listing and sale process that involve Secured Creditor's Consent. We will also prepare and deliver any and all reports and information about the Consent, listing and sale process that you reasonably require. However, your local listing broker will be solely responsible for providing you with all other brokerage services associated with selling the Property, including inspecting it to confirm condition and occupancy, preparing any comparative market analysis, Broker Asset Valuation (Streamlined BPO) and Broker's Price Opinion (BPO), recommending a listing price, preparing marketing materials, including photographs and signage, and displaying the same at the Property and on the Multiple Listing Service, conducting all open houses and showings, and helping you evaluate and negotiate purchase offers, all at their sole cost and expense.

1



Dustin M. Roach, Trustee
Agreement to Negotiate Consented Sale
1830 Forest Park Boulevard, Fort Wayne, IN 46805
Donald Willis

       3.      The term of this Agreement will commence when you sign and return a copy of this letter and the court approves it. This Agreement will automatically terminate upon the closing of the sale of the Property, but may be terminated by either party for any or no reason at any time from and after 180 days from commencement.

       4.      There will be no fees due to, or payable by, either party under this Agreement, and neither party will be reimbursed by the other party for any cost or expense. Subject to the foregoing, you acknowledge and agree that our fee and expenses will be paid by Secured Creditor as a 11 U.S.C. § 506 surcharge, if and to the extent that Secured Creditor agrees and the court approves. You further acknowledge and agree that, if the Property is sold to a third party, we may receive some or all of our fee and expenses under a fee agreement with the local listing broker.

       5.      You will make commercially reasonable efforts to assist us in procuring Secured Creditor's Consent and marketing and selling the Property and hereby appoint us as your agent, and grant us power of attorney to act on your behalf as trustee in connection with the same

       6.      We acknowledge and agree that (a) you are not executing this Agreement in your individual capacity, but solely as trustee of the estate, (b) we do not and will not have any right or claim with respect to the estate and (c) our sole recourse for payment of our fee and expenses will be to Secured Creditor under the Consent and the local listing broker under our fee agreement, but only if and to the extent that the same are approved by the court.

       7.      This Agreement constitutes our complete agreement on this matter and supersedes all prior agreements and representations concerning the same. It may not be modified or amended except in a writing signed by both parties.

Please let us know if you have any questions regarding the foregoing or enclosed materials.

Otherwise, kindly confirm your agreement by signing and returning this letter to retain us at your earliest convenience.

We look forward to working with you.

Sincerely,

**BK GLOBAL:**

**BK GLOBAL REAL ESTATE SERVICES**, a Florida Real Estate Corporation

By: _____

    Patrick Butler, Corporate Broker

Acknowledged and agreed as of the date set forth above.

**TRUSTEE:**

_____

Dustin M. Roach, not individually but solely as Trustee in the referenced matter.

2

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF            )
WILLIS, DONALD R.          )   BANKRUPTCY CASE: 15-12533
                          )   Chapter 7
                          )
Debtor                   )
                          )

### DECLARATION OF PATRICK BUTLER IN SUPPORT OF APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND COLDWELL BANKER ROTH WEHRLY GRABER TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. § 327, 328 AND 330

The undersigned, Patrick Butler ("Declarant") hereby states:

1.      I am employed by BK Global Real Estate Services ("Applicant" or "BKRES"), which is an entity duly licensed as a real estate brokerage by the State of Florida located at 1095 Broken Sound Parkway, Suite 200, Boca Raton, FL 33487. I am Applicant's broker-in-charge and am authorized by Applicant to submit this Declaration on Applicant's behalf in support of the annexed Application to Retain BKRES and in accordance with Bankruptcy Rule 2014.

2.      Based upon the information discussed below, I believe that Applicant is a disinterested person and does not hold or represent any interest adverse to the interest of the Debtors' estate as that term is defined in Section 101(14) of the Bankruptcy Code.

3.      To the best of my knowledge: (a) neither BKRES nor any of its employees has any connection with the Debtors, their creditors in this case, the Chapter 7 Trustee, the Office of the United States Trustee, or any employees thereof or any party in interest herein; (b) BKRES and each of its employees are "disinterested persons," as that term is defined in Section 101(14) of the Bankruptcy Code; and (c) neither BKRES nor any of its employees hold or represent an interest adverse to the Debtor's estate.

EXHIBIT "B"

4.    A description of the qualifications of, and services provided by, BKRES is attached as Schedule 1.

5.    That I have read the application of the Trustee regarding the retention and compensation of BKRES and agreed to be bound by the terms and conditions represented therein.

6.    That I further understand that the Court, in its discretion, may alter the terms and conditions of employment and compensation, as fully set forth in the BKRES Agreement that is attached as Schedule 2 hereto, as it deems appropriate.


Verified under penalty of perjury that the foregoing is true and correct this 24ᵗʰ day of October, 2016.


Patrick Butler
Corporate Broker


The foregoing instrument was acknowledged before me this 24ᵗʰ day of October, 2016, by Patrick Butler who provided identification or is personally known to me and who aid take an oath.

_____
Notary Public-State of Florida

My commission expires



Notary Public State of Florida
Lyda Castro
My Commission FF 905572
Expires 08/03/2019